IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES of AMERICA for the use and benefit of McKENNEY'S, INC., | : | |
| Plaintiff, | : : | |
| v. | : : | CIVIL ACTION FILE NO. 1:07-CV-1722-BBM |
| GOVERNMENT TECHNICAL SERVICES, LLC, and THE GRAY INSURANCE COMPANY, | : : : : | |
| Defendants. | : : | |

## **O R D E R**

This matter is before the court on two Motions filed by the United States for the use and benefit of McKenney's, Inc. ("McKenney's"): (1) the Motion to Strike the Answer of Government Technical Services, LLC [Doc. No. 14]; and (2) the Motion to Amend Complaint [Doc. No. 19]. It does not appear that either Motion is opposed by defendants.[1]

### **Motion to Strike**

McKenney's has correctly pointed out that a corporation, such as an LLC, may not represent itself in this court. See, e.g., Palazzo v. Gulf Oil Corp., 764 F.2d 1381, 1385-86 (11th Cir. 1985), cert. denied, 474 U.S. 1058 (1986); Nat'l Indep. Theatre

---

[1] Local Rule 7.1B provides in part that "[f]ailure to file a response shall indicate that there is no opposition to the motion." LR 7.1B, N.D. Ga.

Exhibitors, Inc. v. Buena Vista Distribution Co., 748 F.2d 602, 609 (11th Cir. 1984), cert. denied, 471 U.S. 1056 (1985). See also Local Rule 83.1E(2)(b)(I).[2]

Accordingly, McKenney's Motion to Strike the Answer of defendant Government Technical Services, LLC [Doc. No. 14] is GRANTED in this way: defendant Government Technical Services, LLC shall have 20 days from the date of this Order for an attorney to make an entry of appearance on its behalf, and for that attorney to file an Answer on its behalf. Failure to do so may result in a default being entered against Government Technical Services, LLC.

## Motion to Amend Complaint

McKenney's Motion to Amend its Complaint [Doc. No. 19] is GRANTED, without discussion.

## SUMMARY

McKenney's Motion to Strike the Answer of Government Technical Services, LLC [Doc. No. 14] is GRANTED as set forth herein. Government Technical Services,

---

[2]Local Rule 83.1(E)(2)(b) sets forth the information which must be provided by counsel who is withdrawing from representation of a client, and subsection "I" provides that a corporation must be advised that "a corporation may only be represented in court by an attorney, [an] attorney must sign all pleadings submitted to the court, . . . a corporate officer may not represent the corporation in court unless that officer is also an attorney licensed to practice law in the state of Georgia, and . . . failure to comply with this rule could result in a default being entered against the corporate party." L.R. 83.1E(2)(B)(I), N.D. Ga.

LLC is DIRECTED to have counsel enter an appearance on its behalf within 20 days of the date of this Order, and also file an Answer on its behalf within that time period. McKenney's Motion to Amend its Complaint [Doc. No. 19] is GRANTED.

IT IS SO ORDERED, this 26th day of November, 2007.

s/Beverly B. Martin  
BEVERLY B. MARTIN  
UNITED STATES DISTRICT JUDGE